SHOOK, HARDY & BACON L.L.P.
H. Grant Law (SBN 144505)
hlaw@shb.com
555 Mission Street Suite 2300
San Francisco, California 94105
Tel: (415) 544-1900 | Fax: (415) 391-0281

Jimmy Y. Park (SBN 228290)
jpark@shb.com
2121 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel: (424) 285-8330 | Fax: (424) 204-9093

Attorneys for Defendant
VOLKSWAGEN GROUP OF AMERICA, INC.

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

CHRIS BELEN LEMOS,

Plaintiff,

vs.

VOLKSWAGEN GROUP OF AMERICA, INC., and DOES 1 through 50,

Defendants.

Case No. 5:26–cv–06211 JGB (DTBx)

**ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT**

Complaint Filed: September 10, 2026

The Court, having considered the Joint Stipulation to Remand Action to State Court, and good cause appearing, hereby ORDERS as follows:

1. The Joint Stipulation to Remand Action to State Court is GRANTED.

2. This action is remanded to the Superior Court of California, County of San Bernardino, Case No. CIVSB2626383.

3. The parties shall bear their own attorneys' fees and costs associated with removal and remand.

IT IS SO ORDERED.

Dated: November 25, 2026

Hon. Jesus G. Bernal
United States District Judge